UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIOSDADO GRUSPE )<br>LIBERTAD )<br>San Narciso )<br>2205 Zambales )<br>Philippines 601 )<br>            )<br>        Plaintiff )<br>    v.    ) | Civil Action No.: 08-1040 (JR) |
| DONALD C. WINTER, )<br>SECRETARY OF THE NAVY )<br>U.S. DEPT. OF THE NAVY )<br>Human Resources Office )<br>PSC 473, Box 22, N134 )<br>FPO AP 96349-0022 )<br>        Defendant. ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christian Natiello as counsel for Defendant in the above-captioned case.

Respectfully submitted,

____/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Diosdado Gruspe**, via pre-paid postage addressed as follows:

DIOSDADO GRUSPE
LIBERTAD
SAN NARCISO
2205 ZAMBALES
PHILIPPINES 601

\_\_\_\_/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov